650

■ In the Matter of COLONIAL TRUST COMPANY, as Successor Trustee, Respondent. CARL S. BRESNICK, Appellant; HOTEL WAYNE, INC., et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. ·Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ MARION E. LOPES, Appellant, v. ALVARO LOPES, Respondent.— Order unanimously modified so as to grant plaintiff counsel fee in the sum of $500, payable $250 within 10 days after service of a copy of the order, with notice of entry, and $250 upon assignment of the case to Trial Term Part for trial, without prejudice to any additional allowance the trial court may deem proper in the event the plaintiff succeeds upon the trial. No opinion. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ LOUIS YAEGER, on His Own Behalf and in Behalf of All Other Stockholders of Swan-Finch Oil Corporation Similarly Situated, and in the Right of SWAN-FINCH OIL CORPORATION, Respondent, v. HOWARD F. MONCRIEFF et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for· the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ WILLIAM G. ELLIS, Appellant, v. GEORGE A. FULLER COMPANY et al., Respondents.— Order unanimously reversed, the motion for reargument or reconsideration granted and, upon reargument, the motion for a preference is granted. Upon the record before the court the granting of a preference is warranted. Concur.— Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ IRWIN BRESLAUER, an Infant, by His Guardian ad Litem GEORGE BRESLAUER, et al., Appellants, v. CITY OF NEW YORK, Respondent.— Order entered June 19, 1956, denying plaintiffs' motion for a preference unanimously reversed and the motion granted. Upon the papers before the court the granting of the general preference is warranted. Appeal from order entered April 14, 1955, denying plaintiffs' motion for a preference, unanimously dismissed. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ BELLE SHAPIRO, Appellant, v. HERMAN JOSEPHSON et al., Respondents. — Order unanimously affirmed. No opinion. ·Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ · UNION CIRCULATION Co., INC., Respondent, v. HARDEL PUBLISHERS SERVICE, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ RUTH E. OLDEN, Respondent, v. GEORGE GOODSTEIN, Appellant.— Order unanimously modified so as to eliminate item 11 of the notice of examination and, as so modified, affirmed. On the record the relief now granted is warranted. The date for the examination to proceed shall be fixed in the order. Settle order on· notice. Concur — Peck, P. J.; Breitel, Botein, Valente and Bergan, JJ.